THE PEOPLE OF THE STATE OF NEW YORK. Respondent, *v.* PAUL WEIL, Appellant.

Submitted March 17, 1937; decided April 20, 1937.

*Milton Friedman* and *Jerome G. Rosenhaus* for appellant.
*William Copeland Dodge, District Attorney (Philip A. Donahue* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.